**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Cadle Company
   100 North Center Street,
   Newton Falls, Ohio 44444

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Barb Puleo*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Barb Puleo                      1/4/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:06CV1137-WKW

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0002 5800 4037

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540