IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY RUTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-1137-WKW |
| | ) | |
| THE CADLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Answer and Motion to Stay filed on January 18, 2007 (Doc. #4), it is hereby

ORDERED that on or before February 8, 2007, the defendants shall show cause why the motion should not be granted.

Done this the 19th day of January, 2007.

                                                  /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE