IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-1137-WKW |
| ) | |
| THE CADLE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**AMENDED ORDER**

It is hereby ordered that the order entered on January 19, 2007 be amended as follows:

Upon consideration of the Defendant's Answer and Motion to Stay filed on January 18, 2007 (Doc. #4), it is hereby

ORDERED that on or before February 8, 2007, the plaintiff shall show cause why the motion should not be granted.

Done this 29th day of January, 2007.

                                         /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE