IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-1137-WKW |
| ) | |
| THE CADLE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Upon consideration of the Motion to Stay filed by the defendant (Doc. # 4), and the response in opposition thereto filed by the plaintiff (Doc. # 7), it is hereby

ORDERED that the motion is DENIED.

DONE this 9th day of February, 2007.

                                       /s/   W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE