IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **GREGORY RUTH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-01137-WKW-SRW |
| ) | |
| **THE CADLE COMPANY,** ) | |
| ) | |
| Defendants. ) | |

**Report of Parties' Planning Meeting**

Pursuant to Federal Rules of Civil Procedure 26(f), the parties file the following Report of Planning Meeting.

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 5, 2007 and was attended by:

   Glenn J. Shaull, Esq. on behalf of the Plaintiff Greg Ruth;

   Jack Thompson, Esq. on behalf of Defendant The Cadle Company.;

2. Pre-Discovery Disclosures. The parties will exchange by April 6, 2007, the information required by LR 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following plan:

a. Discovery will be needed on the following subjects: the allegations set forth in the Complaint; defenses set forth in defendant's answer; and Plaintiff's damages.

b. All discovery commenced in time to be completed November 5, 2007.

c. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

d. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

e. Maximum of 25 requests for production by each party to any other party. Responses due 30 days after service.

f. Maximum of 5 depositions by Plaintiff and 5 depositions by defendant(s). This does not limit deposition by written questions to a non-party.

g. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

h. Reports from retained experts under Rule 26(a)(2) due:

From Plaintiff by January 7, 2008, with Plaintiff's expert deposition to be taken by February 7, 2008.

From Defendant(s) by March 5, 2008, with Defendants expert(s) to be taken by April 7, 2008.

  i. Supplementations under Rule 26(e) due on a continuing basis no more than 30 days from notice of need to supplement.

 4.  Other items.

 a.  The parties do not request a conference with the Court before entry of a scheduling order.

 b.  The parties, at this time, do not request a pretrial conference but reserve their right to so request at a later date.

 c.  Plaintiff should be allowed until July 16, 2007 to join additional parties and until July 16, 2007 to amend the pleadings.

 d.  The defendant(s) should be allowed until August 16, 2007 to join additional parties and until August 16, 2007 to amend the pleadings.

 e.  All potentially dispositive motions should be filed by December 10, 2007.

 f.  Settlement cannot be realistically evaluated prior to close of discovery.

 g.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties 21 days prior to trial or otherwise set by the Court.

 h.  The parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

 i.  The case should be ready for trial by April 7, 2008 and is expected to take 3 days.

Dated this 5th day of March, 2007.

Respectfully Submitted:

s/Glenn J. Shaull
_____
Glenn J. Shaull ASB-7492-G53S

OF COUNSEL:
Law Office of Glenn J. Shaull
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
205-933-8501 telephone
205-933-8560 facsimile

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system which will send notification of such filing to the following:

Jack Thompson, Esq.
KRACKE & THOMPSON, LLP
jthompson@ktlegal.com

Via e-mail on this 5th day of March, 2007.

s/Glenn J. Shaull
_____
OF COUNSEL

4