IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE CADLE COMPANY, )<br>)<br>Defendant. ) | CASE NO.: 3:06-CV-1137-WKW |

**DEFENDANT'S RULE 26 DISCLOSURES**

The Defendant produces the following information as Rule 26 initial disclosures:

A. WITNESS LIST: The Defendant provides the name and, if known, the address and telephone number of individuals believed to have discoverable, non-privileged knowledge concerning any significant factual issue specifically raised in the pleadings or identified by the parties in their report to the court under Fed. R.Civ. P. 26(f).

1. Gregory Ruth.

2. Various representatives of the Defendant, including but not limited to Shawn Headley, who are employees of the Defendant. A representative of the Defendant.

B. Document List: See attached documents and are bates-stamped for production herein and contain numbers 1 - 349. Defendant claims a privileged communication as to the redacted portions of Def. I.D. 31, 32, 33 and 34.

Respectfully Submitted,

_____
Jack R. Thompson, Jr.
Attorney for Defendant

OF COUNSEL:

KRACKE & THOMPSON, LLP
LAKESHORE PARK PLAZA
2204 LAKESHORE DRIVE, STE 306
BIRMINGHAM, ALABAMA 35209
(205) 933-2756.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following counsel of record by deposit thereof, enclosed in a postpaid, properly addressed envelope, in an official depository under the care and custody of the United States Postal Service, on this the 9th day of April, 2007.

Glenn J. Shaull
Shaull Law Firm, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205-4003

Of Counsel