IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **GREGORY RUTH,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO: 3:06-CV-1137-WKW-TFM |
| **THE CADLE COMPANY** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned legal counsel and pursuant to the Federal Rules of Civil Procedure, hereby moves this Honorable Court to enter his appearance as Lead Legal Counsel for Plaintiff in the above-styled cause.

Respectfully Submitted,

/s/ Gerald A. Templeton
**Gerald A. Templeton, Esq.**
Attorney for Plaintiff

**OF COUNSEL**:
**THE TEMPLETON GROUP, P.C.**
1000 Providence Park Suite 200
Birmingham, Alabama 35242
(205) 980 8828 phone
(205) 980 8848 Facsimile
jerry@ttgpc.com email

## CERTIFICATE OF SERVICE

I hereby certify that on this **14th** day of August 2007, I served by Electronic Transmission and via First-Class mail, postage prepaid, a true and correct copy of the foregoing document to the following parties:

Jack R. Thompson, Jr., Esq.
**KRACKE & THOMPSON, LLP**
2204 Lakeshore Drive, Suite 306
Birmingham, AL 35205

/s/ Gerald A. Templeton
Of Counsel