# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV06-11377-WKW |
| | ) |
| | ) |
| THE CADLE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Brenton K. Morris of the firm Benton and Centeno, LLP, and hereby makes known his entry of appearance on behalf of the Defendant, The Cadle Company.

/s/Brenton K. Morris
Brenton K. Morris (ASB: 8119-R46B)

**OF COUNSEL:**

BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205)278-8000
Facsimile: (205)278-8008
Email: bmorris@bcattys.com

G:\wpusers\bkm\Client Files\Cadle Co\notice of appearance-bkm.wpd

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 17th day of September , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service, and, served a copy of the above and foregoing upon the below-listed persons/entities by depositing a copy of same in the United States mail, properly addressed, first-class postage prepaid, as follows:

| | |
|---|---|
| Gerald Alan Templeton, Esq.<br>The Templeton Group, PC<br>1000 Providence Park, Suite 200<br>Birmingham, Alabama 35242 | Jack R. Thompson, Jr., Esq.<br>Kracke & Thompson LLP<br>2204 Lakeshore Drive, Suite 306<br>Birmingham, Alabama 35205 |

Glenn Joseph Shaull, Esq.
Shaull Law Firm, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205

                                          /s/Brenton K. Morris
                                          OF COUNSEL