IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **GREGORY RUTH,** | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 3:06-CV-1137-WKW-TFM |
| **THE CADLE COMPANY** | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

**Deponent:** Shawn Headley
**Date:** September 19, 2007
**Time:** Immediately following the 30(b)(6) Company Representatives
**Location:** The Cadle Company
100 North Center Street
Newton Falls, Ohio  44444

**PLEASE TAKE NOTICE,** that counsel for the Plaintiff, Gregory Ruth will take the deposition of the deponent named above at the time, date and location indicated above, pursuant to the Federal Rules of Civil Procedure before an officer duly authorized to administer oaths and swear witnesses in the State of Ohio. The oral examination will continue from day to day until completed and you are invited to attend and examine the deponent.

Respectfully Submitted,

/s/ Gerald A. Templeton
Gerald A. Templeton
Attorney for Plaintiff

**OF COUNSEL**:
**TEMPLETON GROUP, P.C.**
1000 Providence Park, Suite 200
Birmingham, Alabama 35242
(205) 980-8828 phone
(205) 980 8848 Facsimile
jerry@ttgpc.com email

## CERTIFICATE OF SERVICE

     I hereby certify that on this the **5th** day of September 2007, served via electronic transmission or by First-Class mail, postage prepaid, a true and correct copy of the foregoing document to the following parties:

**Jack R. Thompson, Jr., Esq.**
KRACKE & THOMPSON, LLP
2204 Lakeshore Drive, Suite 306
Birmingham, AL 35209

**Glenn J. Shaull, Esq.**
Shaull Law Firm, PC
The Highlands Building
2201 Arlington Avenue, South
Birmingham, AL 35205

                        /s/ Gerald A. Templeton
                        OF COUNSEL