## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 18, 2007

# NOTICE OF ERROR

**To:**     **All Counsel of Record**

**Case Style:   Ruth v. The Cadle Company**

**Case Number:   3:06-cv-01137-WKW**

**Referenced Pleading:   Erroneous Motions to amend**
**Docket Entry Number:   19, 20, 22, 23 & 24**

**The referenced pleadings were filed on \*\*September 18, 2007\*\* in this case and are hereby STRICKEN as erroneous docket entries.**

**Parties are instructed to disregard these five entries (19, 20, 22, 23 & 24) to the docket, which have been stricken from the record as a docketing errors.**

**E-filer is to re-file 19 & 20 correctly in Docket Entry # 25  amended motion for protective order.  Notice of Correction entered by the Clerk addresses the correction regarding 22, 23 & 24.**