IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO.: 3:06-CV-1137-WKW |
| ) | |
| THE CADLE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Comes now the undersigned, JACK R. THOMPSON, JR., who appears as attorney of record for defendants, THE CADLE COMPANY and moves this Honorable Court to allow him to withdraw as attorney of record in this cause on grounds that THE CADLE COMPANY has replaced the undersigned with attorney Brenton K. Morris and there no longer exists an attorney-client relationship in this case.

Respectfully submitted,

_____
Jack R. Thompson
Attorney for Defendant

OF COUNSEL:

KRACKE & THOMPSON, LLP
2204 Lakeshore Drive, Ste 306
Birmingham, Alabama 35209
(205) 933-2756

**MOTION GRANTED**

THIS 18th DAY OF September, 20 07

_____
UNITED STATES MAGISTRATE JUDGE