IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH,                )  | |
|                                              )  | |
|          Plaintiff,                    ) | |
|                                              )  | |
| v.                                        ) | Case No. CV06-1137-WKW |
|                                              )  | |
|                                              )  | |
| THE CADLE COMPANY,    ) | |
|                                              )  | |
|          Defendant.                 ) | |

## MOTION TO WITHDRAW EMERGENCY MOTION FOR PROTECTIVE ORDER AND AMENDED EMERGENCY MOTION FOR PROTECTIVE ORDER

COMES NOW, the Defendant, The Cadle Company, by and through the undersigned counsel, and gives notice that Defendant's Emergency Motion for Protective Order (Doc. #17 ) and Amended Emergency Motion for Protective Order (Doc. #25) are now moot. As such, the Defendant/Movant hereby withdraws said motions.

/s/Brenton K. Morris
Brenton K. Morris (ASB: 8119-R46B)

OF COUNSEL:

BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205)278-8000
Facsimile: (205)278-8008
Email: bmorris@bcattys.com

G:\wpusers\bkm\Client Files\Cadle Co 2601\Discovery\D-Withdrawal of emergency motion for protective order-2.wpd

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service.

Gerald Alan Templeton, Esq.
The Templeton Group, PC
1000 Providence Park, Suite 200
Birmingham, Alabama 35242

Glenn Joseph Shaull, Esq.
Shaull Law Firm, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205

                                                  /s/Brenton K. Morris
                                                  Brenton K. Morris