IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CV06-1137-WKW |
| | ) |
| THE CADLE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**MOTION TO WITHDRAW EMERGENCY MOTION FOR PROTECTIVE ORDER
AND AMENDED EMERGENCY MOTION FOR PROTECTIVE ORDER**

COMES NOW, the Defendant, The Cadle Company, by and through the undersigned counsel, and gives notice that Defendant's Emergency Motion for Protective Order (Doc. #17) and Amended Emergency Motion for Protective Order (Doc. #25) are now moot. As such, the Defendant/Movant hereby withdraws said motions.

/s/Brenton K. Morris
Brenton K. Morris (ASB: 8119-R46B)

OF COUNSEL:

BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205)278-8000
Facsimile: (205)278-8008
Email: bmorris@bcattys.com

**MOTION GRANTED**

THIS 20/v DAY OF September, 20 07

_____
UNITED STATES MAGISTRATE JUDGE

G:\wpusers\bkm\Client Files\Cadle Co 2601\Discovery\D-Withdrawal of emergency motion for protective order-2.wpd