IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv1137-WKW |
| ) | |
| THE CADLE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This action is presently before the court on the motion for extension of time to respond to written discovery filed by defendant on September 18, 2007 (Doc. # 21). Counsel advised the court shortly after the motion was filed that the parties were attempting to resolve the motion without court intervention. Accordingly, it is

ORDERED that the motion is DENIED as MOOT. Defendant may renew its motion if, after a good faith attempt by counsel to resolve this matter, there remains an issue for decision by the court.

DONE, this 2nd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE