IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CV06-01137-WKW |
| | ) |
| THE CADLE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, The Cadle Company, hereby submits this Disclosure Statement and certifies to the Court that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

    /s/Brenton K. Morris
    Brenton K. Morris (ASB: 8119-R46B)

**OF COUNSEL:**
BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205)278-8000
Facsimile: (205)278-8008
Email: bmorris@bcattys.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of November , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties.

    /s/Brenton K. Morris
    OF COUNSEL

G:\wpusers\bkm\Client Files\Cadle Co 2601\Pleadings\Corporate Disclosure Statement.wpd