**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GREGORY RUTH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO: 3:06-CV-1137-WKW** |
| | ) | |
| **THE CADLE COMPANY** | ) | |
| **Defendant.** | ) | |

---

## JOINT STIPULATION OF DISMISSAL

---

COME NOW the Plaintiff and the Defendant, by and through their undersigned counsel of record, and pursuant to the Federal Rules of Civil Procedure, file this joint stipulation of dismissal as all claims in this matter between these parties having been settled. These parties do stipulate and agree that these claims shall be dismissed with prejudice, each party to pay its own costs.

All claims pending in this action have been resolved and it is appropriate for this action to be dismissed with prejudice in its entirety pursuant to FRCP 41.

Dated this __11th__ day of December 2007.

Gerald A. Templeton, Esq.
An Attorney for Plaintiff

OF COUNSEL:
Templeton Group, P.C.
1000 Providence Park
Suite 200
Birmingham, AL 35242

/s/Brenton K. Morris
Brenton K. Morris, Esq. Attorney
for The Cadle Company, Defendant

OF COUNSEL:
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone:  (205) 278-8000
Fax:  (205) 278-8008

## CERTIFICATE OF SERVICE

I hereby certify that on this **11th** day of December 2007, I served by Electroninc Filing and/or Facsimile or by First-Class mail, postage prepaid, a true and correct copy of the foregoing document to the following parties:

Gerald A. Templeton, Esq.
Templeton Group, P.C.
1000 Providence Park, Suite 200
Birmingham, AL  35242

/s/Brenton K. Morris
Brenton K. Morris, Esq.
OF COUNSEL

2