IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GREGORY RUTH,           ) | |
|                         ) | |
|    Plaintiff,      ) | |
|                         ) | |
| v.                      ) | Case No. 3:06-cv-1137-WKW |
|                         ) | |
| THE CADLE COMPANY,      ) | |
|                         ) | |
|    Defendant.      ) | |

**<u>ORDER</u>**

Upon consideration of the Joint Stipulation for Dismissal (Doc. # 33) filed December 11, 2007, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 12th day of December, 2007.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE